UNITED STATES, Appellee

v

CHARLES E. COLLINS, Private E–2, U. S. Army, Appellant

7 USCMA 313, 22 CMR 103

No. 8488

Decided August 24, 1956

*Lieutenant Colonel James M. Scott* and *First Lieutenant Philip L. Evans* were on the brief for Appellant, Accused.

*Lieutenant Colonel Thomas J. Newton, First Lieutenant Peter J. Hughes,* and *First Lieutenant Russell L. Brenneman, Jr.,* were on the brief for Appellee, United States.

## Opinion of the Court

ROBERT E. QUINN, Chief Judge:

For the reasons set out in United States v Hawthorne, 7 USCMA 293, 22 CMR 83, the findings of guilty and the sentence in this case are set aside. The record of trial is returned to The Judge Advocate General of the Army for transmittal to the officer exercising summary court-martial jurisdiction over the accused for his consideration and action.

Judge FERGUSON concurs.

LATIMER, Judge (concurring in the result):

I concur in the result for the reasons set forth in my concurring opinion in United States v Hawthorne, 7 USCMA 293, 22 CMR 83.